| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Simon, Michael H. | 2. Court or Organization U.S. District Court, Oregon | 3. Date of Report 07/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Nominee | 5a. Report Type (check appropriate type) ☑ Nomination, Date 07/14/2010 ☐ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 06/30/2010 |
| 7. Chambers or Office Address 1120 N.W. Couch Street, Tenth Floor Portland, OR 97209-4128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Perkins Coie, L.L.P. |
| 2. | Vice President | Perkins Coie Oregon, P.C. |
| 3. | Director | Classroom Law Project |
| 4. | Vice President and Director | Oregon Area Jewish Committee |
| 5. | Director | American Constitution Society, Oregon Lawyers Chapter |
| 6. | Administrator | Estate #1 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Perkins Coie Oregon, P.C., wages | $180,922.00 |
| 2. 2010 | Samuel French, Inc., theatrical royalties | $7,719.00 |
| 3. 2010 | International Authors Society, theatrical royalties | $3,532.00 |
| 4. 2010 | Tams-Witmark Music Library, theatrical royalties | $1,098.00 |
| 5. 2009 | Perkins Coie Oregon, P.C., wages | $494,219.00 |
| 6. 2009 | Samuel French, Inc., theatrical royalties | $17,117.00 |
| 7. 2009 | International Authors Society, theatrical royalties | $8,006.00 |
| 8. 2009 | Tams-Witmark Music Library, theatrical royalties | $254.00 |
| 9. 2008 | Perkins Coie Oregon, P.C., wages | $553,680.00 |
| 10. 2008 | Samuel French, Inc., theatrical royalties | $27,127.00 |
| 11. 2008 | International Authors Society, theatrical royalties | $13,300.00 |
| 12. 2008 | Tams-Witmark Music Library, theatrical royalties | $661.00 |
| 13. 2008 | McGraw-Hill Companies, Inc., theatrical royalties | $417.00 |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Legislative Assembly, State of Oregon, wages |
| 2. 2009 | Legislative Assembly, State of Oregon, wages |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**FINANCIAL DISCLOSURE REPORT**
Page 3 of 10

Name of Person Reporting

Simon, Michael H.

Date of Report

07/13/2010

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|--------|-------|----------|---------|------------------------|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**FINANCIAL DISCLOSURE REPORT**
Page 4 of 10

Name of Person Reporting

Simon, Michael H.

Date of Report

07/13/2010

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 07/13/2010 |

## VII. INVESTMENTS and TRUSTS – _Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U S Bank (checking, savings, CDs) | D | Interest | O | T | Exempt | | | | |
| 2. Bank of America (checking and savings) | A | Interest | J | T | | | | | |
| 3. Perkins Coie Oregon, P.C. (capital account) | D | Interest | M | T | | | | | |
| 4. Microsoft Corporation (common stock) | C | Dividend | M | T | | | | | |
| 5. Procter & Gamble (common stock) | A | Dividend | K | T | | | | | |
| 6. Brokerage #1 (Vanguard) (401(k)) | | | | | | | | | |
| 7. -- Vanguard Inflation Protected Securities mutual fund | D | Int./Div. | M | T | | | | | |
| 8. -- Vanguard REIT Index mutual fund | D | Int./Div. | M | T | | | | | |
| 9. -- Vanguard PRIMECAP mutual fund | D | Int./Div. | M | T | | | | | |
| 10. -- Vanguard Energy mutual fund | C | Int./Div. | L | T | | | | | |
| 11. -- Vanguard Health Care mutual fund | C | Int./Div. | L | T | | | | | |
| 12. -- Vanguard Capital Opportunity mutual fund | C | Int./Div. | L | T | | | | | |
| 13. -- Vanguard Emerging Markets Stock Index mutual fund | C | Int./Div. | K | T | | | | | |
| 14. -- Vanguard European Stock Index mutual fund | C | Int./Div. | K | T | | | | | |
| 15. -- Vanguard/Perkins Coie Cash Balance Plan (cash) | E | Interest | L | T | | | | | |
| 16. Brokerage #2 (Ameriprise Fin.) (stocks, bonds, cash, IRAs) | | | | | | | | | |
| 17. -- Cash | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 07/13/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -- Energy Conversion Devices, Inc. (common stock) | | None | J | T | | | | | |
| 19. -- Gap, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 20. -- Oregon State Dept. of Admin. Services Municipal Bond | C | Interest | L | T | | | | | |
| 21. -- Developers Diversified Realty (preferred stock) | A | Int./Div. | J | T | | | | | |
| 22. -- DWS Dreman Value Income Edge F (preferred stock) | A | Int./Div. | J | T | | | | | |
| 23. -- HRPT Properties Trust Pref. Ser. B (preferred stock) | A | Int./Div. | J | T | | | | | |
| 24. -- AllianceBern Intl Value B (mutual fund) | A | Int./Div. | J | T | | | | | |
| 25. -- Ameriprise Active Diver. Fund (no control managed fund) | C | Int./Div. | M | T | | | | | |
| 26. -- Calvert New Vision Small Cap A (mutual fund) | A | Int./Div. | J | T | | | | | |
| 27. -- Federated Market Opportunity (mutual fund) | A | Int./Div. | J | T | | | | | |
| 28. -- Fidelity Advisor Divers. Intl. A (mutual fund) | C | Int./Div. | M | T | | | | | |
| 29. -- Franklin Biotechnology Discovery A (mutual fund) | A | Int./Div. | J | T | | | | | |
| 30. -- Franklin Equity Income A (mutual fund) | A | Int./Div. | J | T | | | | | |
| 31. -- Franklin Flex Cap Growth A (mutual fund) | A | Int./Div. | K | T | | | | | |
| 32. -- Franklin Income A (mutual fund) | B | Int./Div. | K | T | | | | | |
| 33. -- Franklin Mutual Global Discovery A (mutual fund) | A | Int./Div. | J | T | | | | | |
| 34. -- Franklin Mutual Shares A (mutual fund) | B | Int./Div. | L | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
Page 7 of 10

Name of Person Reporting
Simon, Michael H.

Date of Report
07/13/2010

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- Franklin Small Cap Value A (mutual fund) | B | Int./Div. | L | T | | | | | |
| 36. -- Franklin Small-Mid Cap Growth A (mutual fund) | B | Int./Div. | K | T | | | | | |
| 37. -- Invesco Mid-Cap Equity B (mutual fund) | A | Int./Div. | J | T | | | | | |
| 38. -- Lord Abbett Mid-Cap Value B (mutual fund) | A | Int./Div. | J | T | | | | | |
| 39. -- MFS Growth Allocation A (mutual fund) | C | Int./Div. | L | T | | | | | |
| 40. -- MFS International New Discovery A (mutual fund) | B | Int./Div. | L | T | | | | | |
| 41. -- Oppenheimer Developing Markets B (mutual fund) | A | Int./Div. | J | T | | | | | |
| 42. -- Oppenheimer Global A (mutual fund) | A | Int./Div. | K | T | | | | | |
| 43. -- Oppenheimer Global Opportunities A (mutual fund) | A | Int./Div. | K | T | | | | | |
| 44. -- Oppenheimer Intl. Small Co. B (mutual fund) | A | Int./Div. | J | T | | | | | |
| 45. -- RiverSource Divers. Equity Income A (mutual fund) | A | Int./Div. | K | T | | | | | |
| 46. -- RiverSource Partners Fundamental Value A (mutual fund) | B | Int./Div. | L | T | | | | | |
| 47. -- Van Eck International Investors Gold (mutual fund) | A | Int./Div. | K | T | | | | | |
| 48. Brokerage #3 (Wells Fargo Advisors) | | | | | | | | | |
| 49. -- Microsoft Corporation (common stock) | A | Dividend | J | T | | | | | |
| 50. -- Cash | A | Interest | J | T | | | | | |
| 51. Brokerage #4 (Fidelity Advisors) (two 529 college plans) | D | Int./Div. | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    X =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Simon, Michael H. | 07/13/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Brokerage #5 (Charles Schwab) (stocks and cash) | | | | | | | | | |
| 53. — Netflix, Inc. | A | Dividend | J | T | | | | | |
| 54. Northwest Mutual Life Ins. (life ins. cash value) | D | Int./Div. | L | T | | | | | |
| 55. MetLife GVUL Life Ins. (life ins. cash value) | C | Int./Div. | L | T | | | | | |
| 56. -- Fidelity VIP Index 500 Portfolio (incl. in MetLife) | C | Int./Div. | L | T | | | | | |
| 57. Gold coins | | None | L | T | | | | | |
| 58. TWB Investment Partnership, L.P. | B | Distribution | J | U | | | | | |
| 59. TWB Investment Partnership II, L.P. | A | Distribution | J | U | | | | | |
| 60. 1201 Venture Investments, L.P. | A | Distribution | J | U | | | | | |
| 61. Estate #1 (Administrator) | | | | | | | | | |
| 62. – U S Bank (savings and money market accounts) | A | Interest | O | T | | | | | |
| 63. – Theatrical royalties (same as in Part III-A) | E | Royalty | L | W | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 648 | 424 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities—see schedule | 2 | 053 | 844 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable | | | |
| Real estate owned-primary residence | | 559 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 95 | 000 | | | | |
| Cash value-life insurance (including $71,466 in Fidelity VIP Index 500 Portfolio) | | 139 | 763 | | | | |
| Other assets itemize: | | | | | | | |
| Perkins Coie Capital | | 169 | 907 | | | | |
| Royalties (estimated present value) | | 100 | 000 | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 3 | 765 | 938 |
| Total Assets | 3 | 765 | 938 | Total liabilities and net worth | 3 | 765 | 938 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you a defendant in any suits or legal actions? | NO | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |